**68**

UNITED STATES of America,
Plaintiff-Appellee,

v.

Antonio Gloria TORRES, Defendant-
Appellant.

No. 30986

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 9, 1971.

Ralph H. Harris, III, Crawford, Craw-
ford & Harris, Uvalde, Tex., for defend-
ant-appellant.

Henry J. Novak, Asst. U. S. Atty., San
Antonio, Tex., for plaintiff-appellee.

Before GEWIN, GOLDBERG, and
DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; See Isbell Enterprises,
Inc. v. Citizens Casualty Co. of New
York et al., 5 Cir. 1970, 431 F.2d 409,
Part I.

1. See NLRB v. Amalgamated Clothing
Workers of America, 5 Cir. 1970, 430
F.2d 966.

---

Harold J. GARTNER, Plaintiff-Appellant,

v.

TUPMAN & THURLOW, INC., a Corp.,
Defendant-Appellee.

No. 71-1161

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 4, 1971.

Arthur Roth, Donald S. Rose, Miami,
Fla., for plaintiff-appellant.

Ralph & Boyd, Melvin T. Boyd, Miami,
Fla., for defendant-appellee.

Before GEWIN, GOLDBERG and
DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir. See Isbell Enterprises,
Inc. v. Citizens Casualty Co. of New
York et al., 5 Cir. 1970, 431 F.2d 409,
Part I.

1. See NLRB v. Amalgamated Clothing
Workers of America, 5 Cir. 1970, 430
F.2d 966.